UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DWANYE LACY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRA-TION, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-06256-AGT(AGT)<br><br>**REPORT AND RECOMMENDATION TO DISMISS AND ORDER ON PENDING MOTIONS**<br><br>Dkt. Nos. 4, 15 |

　　　　Plaintiffs Edward Dwayne Lacy and Xavier Dwayne Lacy (collectively, Plaintiffs) haven't filed an amended complaint, and the deadline by which to do so has now passed. *See* dkt. 8. For the reasons identified in the prior screening order, *id.*, the undersigned (i) requests that the Clerk of the Court reassign Plaintiffs' case to a district judge and (ii) recommends that the district judge dismiss Plaintiffs' complaint, without leave to amend, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

　　　　Plaintiffs have filed a request for an extension of time to serve. Dkt. 15. Since the undersigned is recommending dismissal, this request is denied. Additionally, Plaintiffs filed a "motion for indirect contempt of court order." Dkt. 4. This motion is denied: defendants had not been served at the time of its filing and therefore had not failed to comply with this Court's order. *See Gen. Signal Corp. v. Donallco, Inc.*, 787 F.2d 1376, 1379 (9th Cir. 1986) ("Civil contempt occurs when a party fails to comply with a court order.").

　　　　Plaintiffs may object to this recommendation, but must do so within fourteen days of

receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated: November 4, 2025

Alex G. Tse
United States Magistrate Judge