UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDWARD DWANYE LACY, et al.,

Plaintiffs,

v.

U. S. ATTORNEY'S OFFICE, et al.,

Defendants.

Case No.  25-cv-10453-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Haywood S. Gilliam, Jr. for consideration of whether this case is related to *Lacy v. Social Security Administration et al.*, No. 4:25-cv-06256-HSG.

**IT IS SO ORDERED.**

Dated: January 20, 2026

PETER H. KANG
United States Magistrate Judge